■ CHEMICAL BANK, Respondent, v MMRR CONSTRUCTION CORP. et al., Respondents, CITY OF NEW YORK, Appellant, et al., Defendants.—In a mortgage foreclosure action, the defendant City of New York appeals from an order of the Supreme Court, Kings County (Garry, J.), entered July 24, 1989.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Garry at the Supreme Court. Sullivan, J. P., Eiber, Harwood and Balletta, JJ., concur.